UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM LEE,
ROBERT RAMSEY, and
TIMOTHY BOULDING,

    Plaintiffs,

v

PATRICIA CARUSO, *et al.*,

    Defendants.

_____/

Case No. 1:07-cv-139

Hon. Wendell A. Miles

ORDER ADOPTING REPORT AND RECOMMENDATION
TO DISMISS CLAIMS OF PLAINTIFF WILLIAM LEE

On June 13, 2008, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that the defendants' motions to dismiss the claims of plaintiff William Lee pursuant to Fed.R.Civ.P. 41(b) be granted. Plaintiff Lee has not filed objections to the R & R. In fact, a copy of the R & R mailed to him at the address he provided the court has been returned as undeliverable – as have copies of three other orders previously mailed to Mr. Lee within the past year.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action in addition to the relevant portions of the record, agrees with the conclusion that Mr. Lee's claims should be dismissed with prejudice for lack of prosecution.

The court therefore adopts the Magistrate Judge's R & R as the decision of the court.

**Motions granted.**

So ordered this 22nd day of July, 2008.

                                                  /s/ Wendell A. Miles
                                               Wendell A. Miles, Senior Judge