UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM LEE, et al.,

    Plaintiffs,

File no: 1:07-CV-139

v.

HON. ROBERT HOLMES BELL

PATRICIA CARUSO, et al.,

    Defendants.
    _____/

# ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation (docket #129) is hereby adopted and approved as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Defendant State of Michigan's Motion for Summary Judgment (docket #121) is hereby **GRANTED.**


Dated:   November 20, 2009      /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   UNITED STATES DISTRICT JUDGE